No. 17–0117/AR.  U.S. v. Benjamin R. Etter.  CCA 20150422.  Appellant's second motion to withdraw the petition for grant of review without prejudice is hereby granted.

No. 17–0125/AR.  U.S. v. Joshua G. Thomas.  CCA 20150393.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals and the record of trial, it is noted that the military judge neglected to seal the transcript of an MRE 412 hearing at pages 49–70 of the record.  Accordingly, it is ordered that the petition is hereby granted and that the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 17–0116/AR.  U.S. v. Aarron D. Buckner.  CCA 20150323.  Appellant's motion to attach Appendix C is hereby denied.

No. 17–0134/AR.  U.S. v. Olanrewaju O. Dairo.  CCA 20160213.  Appellant's motion to stay proceedings is hereby denied.

Monday, January 30, 2017

---

\*  The Clerk of the Court is ordered to seal pages 49–70 of the record of trial.